IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT N. JOHNSON, | ) | |
| | ) | 2:11-cv-1871-GEB-JFM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | (PRETRIAL SCHEDULING) |
| FARHAN, INC., Individually and | ) | CONFERENCE; FED. R. CIV. P. |
| d/b/a California Tires & Wheels; | ) | 4(M) NOTICE |
| NAZIR AHMAD, Individually and as | ) | |
| Trustee of the Nazir Family | ) | |
| Living Trust, UTD May 17, 2005; | ) | |
| MEHMOODA AHMAD, Individually and | ) | |
| as Trustee of the Nazir Family | ) | |
| Living Trust, UTD May 17, 2005, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff's Status Report filed October 3, 2011 reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on October 17, 2011 is continued to December 12, 2011 at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior.

Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that any defendant not served with process within the 120 day period prescribed in that Rule may be dismissed as a

1

1  defendant. To avoid dismissal, Plaintiff shall file proof of service or
2  explain in a filing "good cause for the failure" to serve within Rule
3  4(m)'s prescribed period no later than 4:00 p.m. on November 14, 2011.
4       IT IS SO ORDERED.
5  Dated:  October 6, 2011

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge