IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>FARHAN, INC., Individually and d/b/a California Tires & Wheels; NAZIR AHMAD, Individually and as Trustee of The Nazir Family Living Trust, UTD May 17, 2005; MEHMOODA AHMAD, Individually and as Trustee of The Nazir Family Living Trust, UTD May 17, 2005,<br><br>        Defendants. | 2:11-cv-01871-GEB-JFM<br><br><u>ORDER RE: SETTLEMENT AND DISPOSITION</u> |

        Plaintiff filed a "Joint Notice of Settlement" on November 10, 2011, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (60) calendar days." (ECF No. 10.)

        Therefore, a dispositional document shall be filed no later than January 9, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

         Further, the Status Conference scheduled for hearing on December 12, 2012, is continued to February 13, 2012, commencing at 9:00 a.m., in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1] A joint status report shall be filed fourteen (14) days prior to the Status Conference.

         IT IS SO ORDERED.

Dated:  November 14, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2